■ In the Matter of JAMES P. DOLLARD, as President of the Law Assistants Association of the City of New York, and On Behalf of All Other Employees of the City of New York Similarly Situated, Respondent, v. CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK, Appellant.— MEMORANDUM BY THE COURT. Judgment reversed, on the law, without costs, and petition dismissed. (See *Matter of Baker* v. *Lindsay,* 34 A D 2d 1059.) Order entered March 26, 1970 modified, on the law, without costs, so as to grant appellant's motion to include in the record on appeal the papers read on the motion for leave to renew. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur in memorandum by the court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD L. FREER, Appellant.— REYNOLDS, J. Appeal from a judgment of the County Court, Madison County, convicting appellant, upon a plea of guilty, of the crime of promoting prostitution in the third degree (Penal Law, § 230.20). The sole issue raised here is that appellant's sentence to a term of one year in the Madison County jail is excessive. Considering the circumstances of the instant case and appellant's background, we find no reason to disturb the sentence imposed. Judgment affirmed. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Reynolds, J.